Name: Timothy DALE Fletcher #31387

Address: Wyandotte County Jail
710 North 7th Street
Kansas City Kansas 66101

FILED
JUL 15 2019
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

TIMOTHY DALE FLETCHER, Plaintiff
(Full Name)

v.

officers: Hylton #1740
Erickson #2090
UNIFIED GOVERNMENT, Defendant(s)
WYANDOTTE COUNTY SHERIFF DEPT

CASE NO. 19-3128-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) TIMOTHY DALE FLETCHER (Plaintiff), is a citizen of KANSAS (State) who presently resides at WYANDOTTE COUNTY JAIL 710 N. 7th ST KCK 66101 (Mailing address or place of confinement.)

2) Defendant officers: Hylton #1740 Erickson #2090 UNIFIED GOVERNMENT OF WYANDOTTE COUNTY (Name of first defendant) is a citizen of KS, KANSAS CITY KANSAS (City, State), and is employed as POLICE OFFICER(S) (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

EXECUTED AN ARREST WARRANT

1

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983

Hylton #1740     Erickson #2090

3) Defendant __WYANDOTTE COUNTY SHERIFF DEPT, DEPUTY(s)__ is a citizen of
(Name of second defendant)

__KANSAS CITY KANSAS__, and is employed as
(City, state)

__POLICE OFFICER__. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

__DEPUTY/SHERIFF__

__Hylton #1740     Erickson #2090__

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

__YES__

B. NATURE OF THE CASE

1) Briefly state the background of your case:

__Please see Additional sheet side 1, B Nature of the case__

2

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Please see Additional sheet of paper Side 2. C. Cause of Action A) 1 Count 1:

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Please see Additional sheet = 2 Supporting facts:

B) (1) Count II: Please see Additonal sheet = B-) 1 1 Count II

(2) Supporting Facts: Then I talk to Arnold about this on 7-3-19 at time 6:50pm about the matter of Neglate me treatment Arnold is a Deputy or Sergent °margen # the Wyandotte county Jail, # to

3

C) (1) Count III: See Additional Sheet

C) (1) Count III:

(2) Supporting Facts: Please See Additional Sheets

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

   Well I've tryed to let the no whatz going ?

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

   Please see the Additional Sheet for my Request for Relief

_____            _Timothy P Fletcher_
Signature of Attorney (if any)                Signature of Plaintiff

_____
_____
(Attorney's full address and telephone number)

5

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

✓ side (1)

# Story of my case

Story of my case of my 1983 or civil Rights complaints under 42 U.S.C § 1983. or Bivens Actions / for prisoner filling

I'm Timothy DALE Fletcher In the Wyandotte county Jail. The date of this took place on 2-25-19 and Time around 8AM or so. Well I was at my sister Misty fletcher Jeremy Smiths home when I was woke up by Deputys / Police officers intruned there home do to I had a exsuted an arrest warrant or a pick up order when the call was made the Deputys was told that I need to be seen by a Doctor Do to I got beat up and had broken Ribs and lung damage. I Also told the Deputys names Hylton #1740 Also Erickson #2090 That I needed to go to KU Med Center. Do to I got beating and Jumped that I have broken Ribs and kicked in the left side of my Ribs and that I my have lung damage as well to the Left side of my lung where I was kicked in and I was told that I didnt need to go to K.U med center At this time I was put into the Police car and there was a call made And I was told that I was not going to K.U Med center for treatment There for I was denighed med need then I got to the bookin here at Wandotte County Jail where I asked to be seen by the Nurse And then was told that I was just find. The Nurse Name Jane And then I booket in And then didnt look at the Left side of my Ribs or lungs. Well I've been dilling with the pain and also informed ARonda hear at the Jail

Side #2

I've been taking notes of every dates that I asked diffrent deputys hear at the jail. I've talked to McColla, Wood, ARonda, Johnson, Also the programs worker as well as my court lawyer. I've also put into see the Nurse here at the jail. If could help the police Report should show more info Also the recorded call when the call was made to pick me up.
• There for my Right has been Amened by the K.S.A I do beleave that this should be looked at in a civil matter. Please and thank you.

Also there should be records at the Nurse Station of my exray that I had done afater being here for 4 or 5 months And there should of been a follow up with the doctor here when I came into the jail why Not I was put on a bottom bunk when I came in and it is noted at the Nurse stations on record. Also there should be exrays of my injury why did it take them so long to do so.

## C. CAUSE OF ACTION

(1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:

A) (1) Count 1: When I woke up from the Police officers I then told them that I Needed to go to K.U.M.C Do to I need to be seen by a Doctor do to I got Jumped so then the police officer called disbation And then they came back and deined me going to K.U.M.C. Then Also come to Wyandotte county Jail where I then Asked for to see the Nurse. And then Her name is JANE Then She only put this box on my fingher And didnt look or check my left side of my lungs or ribs so then my civil rights has been Amended And violated. So then I wrote to Topeka KANSAS for this form The 1983 Act. Also I seem to think that the do pross has been a factter in this As well. So now 7-9-19 I seen a Nurse And they put me into get some exsrays why didnt they do this when I frist came to jail Also this should of been done when I get hear or seen a doctor, so there for my inmate rights has been violated. Do to K.S.A Laws

see other side

3/

(2) Supporting Facts: ( Include all facts you consider important
The frist fact is that the Pishation was told that I needed to go to K.U.M.C when the call was made to pick me up from my sister and brothers end law house there names are misty fletcher and Jeremy Smith it should be on record when the call was made to pick me up that Ive been Jumped 3 days before I got pick up ~~if if if~~. The date I got pick up was 2-25-19 Time 7:40 AM or 8 AM ?

B)(A) Count II then Afater being in the jail I then was asked if I wonted to work as a trusty then I was moved to the worker pod where I been for about 4 months where other inmates seen that I have been in pain. But still worked do to I didnt have any money comming in but the pay that I gottin from working as a trusty worker. Jeff is the person that runs the hireing of the trusty jobs and the nurse Jane seemed to ok me to work with the trustys with this ingery of my ribs and lung in pain.

C) (1) Count III:

C) (1) Count III: If I'm right the do prosess as a inmate have has been violated. Well I talked to Deputy Johnson, Mike Morse, Deputy Wood and the person that works here at the Jail in the programs, also Deputy McCalla about how to going about getting something done. And also there should be a recording when the call was made to the Disbation when my sister Mitsy Fletcher or Jeremy Smith made the call to pick me up on my pick up order also when the Deputys called in to get the ok or not to get me treatment and I was denided therefor I wrote to programs and got the Adress to the office in Topeka Kansas office of the clerk United State District Court to start this case.

My name is Timothy Dale Fletcher please fill free to contacks me if I can help you with any more info

THANK You for your Time

(3) Side

## 2) REQUEST for RELIEF

(.1) I believe that I am entitled to the following relief:

I would like that all my case be dropped AND releast from cousted or prison AND to be paid for the pain that I've had to go through AND ANy hospita bills. Also the Depurtys should be dismissed from there Job. As well As the Nurse Jane

dissmissed - Depurtys names Hylton #1740
from there Job.                     Erickson #2090

dissmissed - Nurse name Jane
from there Job

Nurse at the WANdotte Jail

X Timothy DALE fletcher
INMATE